No. 85–5714.   SWEETWINE *v.* MARYLAND ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5737.   CLAUSEN *v.* TEXAS.   Ct. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 85–5739.   HALLAHAN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5744.   ANDERSON ET AL. *v.* MILLER, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 85–5760.   SCHUSTER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5762.   NEWTON *v.* MCCOTTER MOTORS, INC., ET AL. Sup. Ct. Fla.   Certiorari denied.

No. 85–5774.   BROADWAY *v.* HULL, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–5780.   WOODARD *v.* RASMUSSEN, WARDEN.   Ct. App. Ore.   Certiorari denied.

No. 85–5787.   ANDERSON *v.* COLORADO.   Sup. Ct. Colo.   Certiorari denied.

No. 85–5790.   VELASQUEZ *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85–5792.   WESTFALL *v.* HEDRICK, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 85–5794.   POLK *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 85–5803.   FREDERICK *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5805.   FARRUGIA ET AL. *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.